JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVITA E. L.,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 5:22-cv-01819-KES<br><br>JUDGMENT |

    IT IS HEREBY ADJUDGED that, for the reasons set forth in the
Memorandum Opinion and Order, the decision of Commissioner is vacated and
this matter is remanded for further proceedings consistent with the Opinion.


DATED:  June 13, 2023

_____
KAREN E. SCOTT
United States Magistrate Judge